FILED
SUPERIOR COURT
OF GUAM

2019 OCT -7 PM 3: 37

CLERK OF COURT

## IN THE SUPERIOR COURT OF GUAM

| | |
|---|---|
| THE PEOPLE OF GUAM, | Superior Court Case No. <u>CF0109-17</u>: |
| Plaintiff, | |
| vs. | **DECISION AND ORDER<br>RE MOTION TO REDUCE SENTENCE** |
| ROBERT LEE PATTERSON, III, | |
| Defendant. | |

Following a jury verdict convicting Defendant Robert Lee Patterson III of three counts of Third Degree Criminal Sexual Conduct, the Court sentenced Patterson to the maximum sentence of eight years per count, for a total of 24 years, with credit for time served. The Guam Supreme Court has affirmed Patterson's conviction. *People v. Patterson*, 2019 Guam 7. Patterson now moves the Court to reduce this sentence as it "should see fit." Mot. Reduce Sentence at 3 (Sep. 13, 2019). Patterson submits that the criminal event within each count (one each for sexual penetration, cunnilingus, and fellatio) occurred "during a relatively brief incident on the same day" and "[h]e has not engaged in any misconduct since he was first incarcerated." Mot. Reduce Sentence at 3. Finally, he claims that 24 years is more than required to deter any repeat behavior. Mot. Reduce Sentence at 3.

The Court has the discretion to reduce a sentence. 8 GCA § 120.46. However, the Court finds that none of Patterson's arguments justify a reduction in sentence. Patterson claims that a shorter sentence will deter repeat behavior. But Patterson is already a repeat sex offender. His latest conviction follows his earlier conviction involving two sisters of the present victim, all of



whom are his step-daughters. His earlier conviction and registration as a sex offender had no impact on his recidivism. The suffering he inflicted upon his family played no part in preventing him from raping a third step-daughter. Moreover, the testimony at trial revealed that Patterson violated the terms of his parole under his first sentence by having contact with his prior victims. These factors convince the Court that a maximum sentence is necessary to deter future crimes by Patterson.

The Court also dismisses Patterson's arguments concerning the nature of the crime. Whether the sexual acts were "relatively brief incidents" is not supported by the evidence. The victim testified that the entire incident occurred over what seemed like a 30 to 40 minute period. 2019 Guam 7 ¶ 3. Even if any of the individual acts of fellatio, cunnilingus, or penetration were of relatively brief duration during those 30 to 40 minutes, the harm involved in each forced sexual act was still substantial, particularly on the victim who was just 17 years old. The Court refuses to base its sentence on a timeclock.

For these reasons, the Court utilizes its discretion to DENY Patterson's Motion to reduce his sentence.

SO ORDERED this 7th day of October 2019.

SERVICE VIA **COURT BOX**

I acknowledge that a copy of the or hereto was placed in the court box of:

_____AB Timblin_____

Date 10 7 19 Time: 3:46

Court of Guam

**HON. ELYZE M. IRIARTE**
**Judge, Superior Court of Guam**

Appearing Attorneys:
Christine S. Santos, Esq., Assistant Attorney General, Office of the Attorney General of Guam
Terry E. Timblin, Esq., Law Office of Terry E. Timblin, PC, for Defendant Robert Lee Patterson, III

ORIGINAL